

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kilgore Independent School District, et al.,
Appellants

No. 06-18-00016-CV v.

Darlene Axberg, John Claude Axberg,
Sheila Anderson, and the State of Texas,
Appellees

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2016-1850-CCL2). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley* participating. *Justice, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we affirm the trial court's final judgment for the State insofar as it declared (1) that Section 11.13(n-1) of the Texas Tax Code [SB-1's repeal prohibition] (a) is constitutional, and (b) prohibits school districts from repealing or reducing the amount of a local option homestead exemption that was adopted for the 2014 tax year at any time between January 1, 2015, and December 31, 2019, and (2) that the repeal and any reduction by the Kilgore Independent School District of the local option homestead exemption that it adopted for the 2014 tax year violates Section 11.13(n-1) of the Texas Tax Code [SB-1's repeal prohibition] and, therefore, has no effect and is void as a matter of law.

In all other respects, we reverse the trial court's judgment. We remand this case to the trial court for further proceedings consistent with this opinion.

We further order that the Kilgore Independent School District pay twenty-five (25) percent and that Darlene Axberg, John Claude Axberg, and Sheila Anderson pay seventy-five (75) percent of all costs of appeal.

RENDERED FEBRUARY 11, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk